IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TRANSCEND SHIPPING SYSTEMS LLC,<br><br>PLAINTIFF,<br><br>vs.<br><br>ORIENT OVERSEAS CONTAINER LINE LIMITED,<br><br>DEFENDANT. | Civil Action No. 2:21-cv-00020-JRG-RSP<br><br>JURY TRIAL DEMANDED |

**STIPULATED MOTION FOR DISMISSAL WITH PREDUDICE**

Plaintiff Transcend Shipping Systems LLC and Defendant Orient Overseas Container Line Limited hereby move for an order dismissing all claims in this action WITH PREJUDICE pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and 41(a)(1)(B), and according to the terms of an Agreement between the parties. Each party is to bear its own costs, expenses, and attorneys' fees.

Dated: September 13, 2021                                   Respectfully submitted,

| | |
|---|---|
| */s/ René Vazquez* | */s/ David M. Airan* |
| René Vazquez | J. Mark Mann |
| Virginia Bar No. 41988 | Texas Bar No. 12926150 |
| rvazquez@ghiplaw.com | G. Blake Thompson |
| M. Scott Fuller | Texas Bar No. 24042033 |
| Texas Bar No. 24036607 | **MT₂ L**AW **G**ROUP**: M**ANN **T**INDEL |
| sfuller@ghiplaw.com | **T**HOMPSON |
| Randall Garteiser | 201 West Houston Street, Suite 102 |
| Texas Bar No. 24038912 | Marshall, TX 75670 |
| rgarteiser@ghiplaw.com | Telephone: (903) 657-8540 |
| | Facsimile: (903) 657-6003 |
| **GARTEISER HONEA, PLLC** | mark@themannfirm.com |
| 119 W. Ferguson Street | blake@themannfirm.com |
| Tyler, Texas 75702 | |
| Telephone: (903) 705-7420 | David M. Airan (*pro hac vice*) |
| | Illinois Bar No. 6215687 |
| **A**TTORNEYS FOR **P**LAINTIFF | Maxwell B. Snow (*pro hac vice*) |
| **T**RANSCEND **S**HIPPING **S**YSTEMS**, LLC** | Illinois Bar No. 6322829 / |
| | Virginia Bar No. 88554 |
| | **L**EYDIG**, V**OIT **& M**AYER**, L**TD**.** |
| | Two Prudential Plaza, Suite 4900 |
| | 180 North Stetson Avenue |
| | Chicago, IL 60601 |
| | Telephone: (312) 616-5600 |
| | Facsimile: (312) 616-5700 |
| | dairan@leydig.com |
| | msnow@leydig.com |
| | |
| | **A**TTORNEYS FOR **D**EFENDANT**,** |
| | **O**RIENT **O**VERSEAS **C**ONTAINER |
| | **L**INE **L**IMITED |