AO 120 (Rev. 08/10)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __for the Eastern District of Texas__ on the following

☐ Trademarks or   ☑ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>2:21-cv-0020 | DATE FILED<br>1/28/2021 | U.S. DISTRICT COURT<br>for the Eastern District of Texas |
|---|---|---|
| PLAINTIFF<br>TRANSCEND SHIPPING SYSTEMS, LLC, | | DEFENDANT<br>ORIENT OVERSEAS CONTAINER LINE LTD., |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 10,181,109 | 1/15/2019 | Transcend Shipping Systems, LLC |
| 2 | 9,847,029 | 12/19/2017 | Transcend Shipping Systems, LLC |
| 3 | 7,482,920 | 1/27/2009 | Transcend Shipping Systems, LLC |
| 4 | 10,796,268 | 10/6/2020 | Transcend Shipping Systems, LLC |
| 5 | 7,253,731 | 8/7/2007 | Transcend Shipping Systems, LLC |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
|---|---|---|---|
| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Court ACCEPTS AND ACKNOWLEDGES, and pursuant to Rule 41(a)(1)(A)(ii), all pending claims and causes of action in the above-captioned case are DISMISSED WITH PREJUDICE |

| CLERK<br>*David A. O'Toole* | (BY) DEPUTY CLERK | DATE<br>9/28/21 |
|---|---|---|

**Copy 1**—Upon initiation of action, mail this copy to Director   **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director   **Copy 4**—Case file copy